

# IN THE
## TENTH COURT OF APPEALS

### No. 10-14-00239-CV

## IN THE MATTER OF THE MARRIAGE OF
## RONNIE F. EDWARDS AND TERRI C. EDWARDS

### From the 170th District Court
### McLennan County, Texas
### Trial Court No. 2011-4288-4

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss stating that the parties have entered into a Rule 11 agreement that requires her, among other things, to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). It seeks dismissal of this appeal with costs to be assessed against the party incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed September 25, 2014
[CV06]

